In the Matter of the Transfer Tax upon the Estate of SIDNEY D. RIPLEY, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; MARY B. RIPLEY, Individually and as Executrix of SIDNEY D. RIPLEY, Deceased, and as Guardian of ANNAH D. RIPLEY et al., Infants, Respondent.

*Matter of Ripley*, 122 App. Div. 419, affirmed.
(Argued March 31, 1908; decided April 14, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 22, 1907, which affirmed an order of the Nassau County Surrogate's Court assessing a transfer tax upon the estate of Sidney D. Ripley, deceased.

*Edmond C. Alger* for appellant.

*Clifton P. Williamson* for respondent.

*Per Curiam.* The order appealed from should be affirmed, with costs, on the ground that the power of appointment created by the will of Sidney Dillon in favor of Sidney Dillon Ripley was limited, and could only be exercised in favor of persons who did not take under the will. That is the meaning of the words in said will "unless otherwise disposed of as directed by the last will of the one so dying." The great grandchildren of Sidney Dillon took directly under his will, except as their interests may have been divested or cut down by a valid exercise of the power.

CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ., concur.

Order affirmed.